# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYDY DIAZ,<br><br>       Plaintiff,<br><br>v.<br><br>COHERENT, INC., GARRY ROGERSON, ANDY MATTES, JAY T. FLATLEY, PAMELA FLETCHER, BEVERLY KAY MATTHEWS, MICHAEL MCMULLEN, STEVE SKAGGS, SANDEEP VIJ, II-VI INCORPORATED, and WATSON MERGER SUB INC.,<br><br>       Defendants. | )<br>)<br>)<br>)  Case No. 1:21-cv-03990-JGK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/25/2021
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 24, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Seth D. Rigrodsky
    Timothy J. MacFall
    Gina M. Serra
    Vincent A. Licata
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    Telephone: (516) 683-3516
    Email: sdr@rl-legal.com
    Email: tjm@rl-legal.com
    Email: gms@rl-legal.com
    Email: vl@rl-legal.com

*Attorneys for Plaintiff*

**SO ORDERED:**

_____
U.S.D.J.
6/24/21